UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEFFREY JOEL JUDY, an individual

    Plaintiff,

v.                                        Case No: 2:16-cv-446-FtM-99CM

INDUSTRIAL SQUARE
CORPORATION,

    Defendant.

## ORDER

This matter comes before the Court upon review of Joint Motion for Substitution of Defendant (Doc. 22) filed on September 21, 2016. In the Complaint, Plaintiff named Industrial Square Corporation as Defendant. Doc. 22 at 1. Defendant Industrial Square Corporation is the owner of the Property at issue in this matter; however, Industrial Square Corporation leases the Property to Steak n' Shake Operations, Inc., which also operates the restaurant at the Property. *Id*. The motion requests that Industrial Square Corporation be dismissed as a party to this action and that the correct Defendant, Steak n' Shake Operations, Inc., be substituted in its place.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Joint Motion for Substitution of Defendant (Doc. 22) is **GRANTED**.

2.	The Clerk of Court is directed to edit the docket to reflect that Steak n' Shake Operations, Inc. is the Defendant.   The caption of all future filings in this case also should so reflect.

**DONE** and **ORDERED** in Fort Myers, Florida on this 22nd day of September, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record